PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| STEPHANIE E. DALTON, | ) Civil No. 2:17-cv-00443-CKD |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER FOR** |
| | ) **EXTENSION OF TIME** |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment. Defendant respectfully requests this additional time because of a very heavy workload, and in order to further consider the issues raised in Plaintiff's MSJ.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's MSJ will be Wednesday, September 27, 2017.

Respectfully submitted,

Date: *August 28, 2017*      LEGAL SERVICES OF NORTHERN CA

By:    */s/ Antonio Valdez\**
       ANTONIO VALDEZ
       *\* By email authorization on August 28, 2017*
       Attorney for Plaintiff

Date: *August 28, 2017*      PHILLIP A. TALBERT
       United States Attorney

By:    */s/ Michael K. Marriott*
       MICHAEL K. MARRIOTT
       Special Assistant United States Attorney
       Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

Dated: August 30, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2