PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| STEPHANIE E. DALTON,<br><br>    Plaintiff,<br><br>vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br><br>    Defendant. | Case No.: 2:17-cv-00443-CKD<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 30 days to respond to Plaintiff's motion for summary judgment. This is the second continuance sought by Defendant. The current due date is September 27, 2017. The new due date will be October 27, 2017.

    There is good cause for this request. Due to unexpected absence from the office for an uncertain duration, Defendant's counsel needs more time to submit Defendant's response to Plaintiff's motion for summary judgment.

1

| | |
|---|---|
| 1 | The parties further stipulate that the Court's Scheduling Order shall be modified |
| 2 | accordingly. |

Respectfully submitted,

Date: September 26, 2017          LEGAL SERVICES OF NORTHERN
                                  CALIFORNIA

                                  *s/ Antonio S. Valdez by Carolyn Chen**
                                  (*As authorized by e-mail on 9/26/2017)
                                  ANTONIO S. VALDEZ
                                  Attorneys for Plaintiff

Date: September 26, 2017          PHILLIP A. TALBERT
                                  United States Attorney

                                  By *s/ Michael K. Marriott by Carolyn Chen*
                                  MICHAEL K. MARRIOTT
                                  Special Assistant U. S. Attorney

                                  Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

Dated:  September 28, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE