LEGAL SERVICES OF NORTHERN CALIFORNIA
ANTONIO VALDEZ, SBN #288656
PATRICK TING, SBN # 301060
190 Reamer St.
Auburn, CA 95603
Telephone: (530) 823-7560
Facsimile: (530) 823-7601


Attorneys for Plaintiff
Stephanie E. Dalton,

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE E. DALTON, | Case No. 2:17-CV-00443 CKD |
| PLAINTIFF, | |
| VS. | **STIPULATION AND ORDER FOR AN EXTENSION OF TIME** |
| NANCY A. BERRYHILL, ACTING COMMISSIONEROF THE SOCIAL SECURITY ADMINISTRATION | |
| DEFENDANT. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to respond to Defendant's Cross Motion for Summary Judgment be extended until December 18, 2017. This is Plaintiff's first request for an extension of time to respond. Plaintiff's counsel requires additional time to review and consider the government's position due to conflicting hearings scheduled near and around the original reply date. Defendant's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | DATED: November 16, 2017 | LEGAL SERVICES OF NORTHERN CALIFORNIA<br>/s/ *Antonio Valdez*<br>By: ANTONIO VALDEZ |
| 3 | | Attorney for Plaintiff |

DATED: November 16, 2017   LEGAL SERVICES OF NORTHERN CALIFORNIA
                           /s/ *Antonio Valdez*
                           By: ANTONIO VALDEZ
                              Attorney for Plaintiff

DATED: November 6, 2017    /s/ *Michael K. Marriott**
                           By: MICHAEL K. MARRIOTT
                              Special Assistant United States Attorney
                              Attorneys for Defendant
                              (* By e-mail authorization on 11/16/2017)

**ORDER**

APPROVED AND SO ORDERED.

Dated: November 20, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE