| | |
|---|---|
| LEGAL SERVICES OF NORTHERN CALIFORNIA | |
| ANTONIO VALDEZ, SBN #288656 | |
| PATRICK TING, SBN # 301060 | |
| 190 Reamer St. | |
| Auburn, CA 95603 | |
| Telephone: (530) 823-7560 | |
| Facsimile: (530) 823-7601 | |

Attorneys for Plaintiff
Stephanie E. Dalton,

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHANIE E. DALTON, | ) | Case No.: 2:17-CV-00443-CKD |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | **STIPULATION AND ORDER FOR AN EXTENSION OF TIME** |
| | ) | |
| NANCY A. BERRYHILL, ACTING COMMISSIONEROF THE SOCIAL SECURITY ADMINISTRATION | ) | |
| | ) | |
| DEFENDANT. | ) | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to respond to Defendant's Cross Motion for Summary Judgment be extended until January 5, 2017. This is Plaintiff's second request for an extension of time to respond. Plaintiff's counsel requires additional time to review and consider the government's position due to a heavy case load. Defendant's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

|   | Respectfully submitted, |
|---|---|
| DATED: December 13, 2017 | LEGAL SERVICES OF NORTHERN CALIFORNIA<br>/s/ *Antonio Valdez*_____<br>By: ANTONIO VALDEZ<br>    Attorney for Plaintiff |
| DATED:  December 13, 2017 | ___/s/ *Michael K. Marriott*_____<br>By: MICHAEL K. MARRIOTT<br>    Special Assistant United States Attorney<br>    Attorneys for Defendant<br>    (* By e-mail authorization on 12/13/2017) |

**ORDER**

APPROVED AND SO ORDERED.

Dated:  December 14, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE